**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Judy A. Smith,                                              Civil No. 08-3989 (RHK/JJK)

       Plaintiff,                                  **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 2, 2008

                                 s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge